**HUNTER PYLE, SBN 191125**
**TANYA P. TAMBLING, SBN 262979**
HUNTER PYLE LAW
428 Thirteenth Street, 11th Floor
Oakland, California  94612

Telephone: (510) 444-4400
Facsimile: (510) 444-4410

hunter@hunterpylelaw.com, ttambling@hunterpylelaw.com

Attorneys for Plaintiff
DONNA BELL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA BELL, | Case No.: 4:16-cv-06332-KAW |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| BANK OF AMERICA, N.A., | **Trial Date:** Not yet scheduled |
| | **CMC:** May 23, 2017 at 1:30 p.m. |
| Defendants. | |

**TO THE COURT AND ALL PARTIES OF RECORD:**

Plaintiff hereby submits this Notice of Settlement to notify the Court that this lawsuit has been settled.  The parties are negotiating the terms of the settlement agreement and expect to be able to file a Request for Dismissal within the next sixty days.

Dated: May 2, 2017                               HUNTER PYLE LAW


                                                 By: /s/: Tanya Tambling_____
                                                     Tanya Tambling

                                                 Attorneys for Plaintiff
                                                 DONNA BELL